# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPITAL ONE, N.A., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| OXFORD PORTFOLIO, LLC, | : | NO. 11-2533 |
| Defendant. | : | |

## ORDER

**AND NOW** this 26th day of August, 2011, upon consideration of Capital One, N.A.'s ("Capital One") Motion to Appoint a Receiver (Doc. No. 5), responses and replies thereto, oral argument held on July 15, 2011 and August 8, 2011, and Supplemental Briefs, it is hereby **ORDERED** that this case is **DISMISSED** for lack of jurisdiction.  It is further **ORDERED** that Capital One's Motion to Appoint a Receiver is hereby **DISMISSED AS MOOT**.  It is further **ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE